CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
August 29, 2025
LAURA A. AUSTIN, CLERK
BY:  s/ D. AUDIA
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| Lee Bayless, on behalf of himself and all others) similarly situated, ) ) Plaintiff, ) v. ) ) Blue Ridge Cargo, Inc. ) ) and ) Federal Express Corp., Defendants. | Civil Action No. 3:25-cv-00047 |

## ORDER OF REFERRAL TO MEDIATION

It is hereby **ORDERED** that this case is **REFERRED** to the Honorable United States Magistrate Joel C. Hoppe to conduct mediation proceedings.  Judge Hoppe will schedule a mediation after consultation with the parties.  The parties are advised that any information exchanged during the mediation is confidential and shall not be shared with any other officer of the court.  All other pretrial development is stayed pending mediation, including deadlines for Defendants' responsive pleading(s).  The court finds good cause for delaying the issuance of a Rule 16(b) scheduling order until after mediation has occurred.  If the mediation does not resolve the matter, the parties are directed to propose new deadlines for responsive pleadings no later than 7 days after the date of the mediation. The Clerk is directed to transmit copies of this Order to all counsel of record and to Judge Hoppe.

        **ENTERED** this 29th day of August, 2025.

HON. JASMINE H. YOON
UNITED STATES DISTRICT JUDGE