UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

---

LEE BAYLESS, on behalf of himself and all others similarly situated,

    Plaintiff,

v().

BLUE RIDGE CARGO, INC. and FEDERAL EX-PRESS CORPORATION,

    Defendant.

CASE NO. 3:25-cv-47-JHY-JCH

---

**JOINT MOTION FOR APPROVAL OF FLSA SETTLEMENT
AND DISMISSAL WITH PREJUDICE**

---

    Plaintiff Lee Bayless ("Plaintiff") and Defendants Blue Ridge Cargo, Inc. and Federal Express Corporation (collectively, the "Parties"), jointly file this Joint Motion for Approval of FLSA Settlement Agreement and Dismissal With Prejudice ("Motion"), requesting that the Court (1) approve the Parties' FLSA Settlement Agreement ("Settlement Agreement"), filed as Exhibit 1 to this Motion, and (2) dismiss the Action with Prejudice upon filing of a joint notice by the parties that the settlement has been paid, while retaining jurisdiction to enforce the terms of the settlement pursuant to *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375 (1994). The grounds for this Motion are more fully set forth in the accompanying Memorandum in Support. The Parties agree that the terms set forth in the Settlement Agreement are fair and reasonable and that no hearing before the Court is needed or requested.

                                         Respectfully submitted,

/s/Timothy Coffield
Timothy Coffield (VA 83430)
Coffield PLC
106-F Melbourne Park Circle
Charlottesville, VA 22901
P: (434) 218-3133
F: (434) 321-1636
tc@coffieldlaw.com

*Attorney for Plaintiff*

/s/Paul G. Klockenbrink
Paul G. Klockenbrink (VA Bar No. 33032)
Harrison E. Richards (VA Bar No. 94960)
GENTRY LOCKE ATTORNEYS
SunTrust Plaza
10 Franklin Road S.E., Suite 900
Roanoke, VA 24011
Tel: (540) 983-9300
klockenbrink@gentrylocke.com
hrichards@gentrylocke.com

*Attorneys for Blue Ridge Cargo, Inc*

/s/Christopher M. Ahearn
Christopher M. Ahearn (*pro hac vice*)
FEDERAL EXPRESS CORPORATION
3620 Hacks Cross Road, Building B, 3rd Floor,
Memphis, TN 83125
Tel: (901) 434-8404
christopher.ahearn@fedex.com

and

Kim D. Mann (VA Bar No. 25672)
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY
4601 N. Fairfax Drive,
Suite 220
Arlington, VA 22203
Tel: (202) 551-9025
kmann@scopelitis.com

*Attorneys for Federal Express Corporation*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 20, 2026, a copy of the foregoing was electronically filed using the CM/ECF system which will provide electronic service to all counsel of record.


/s/Timothy Coffield
Counsel for Plaintiff